818

No. 1059. OYAMA ET AL. *v.* CALIFORNIA. April 7, 1947. Petition for writ of certiorari to the Supreme Court of California granted. *A. L. Wirin, Charles A. Horsky, James Purcell, Guy C. Calden* and *Saburo Kido* for petitioners. *Fred N. Howser,* Attorney General of California, and *Everett W. Mattoon,* Deputy Attorney General, for respondent. Briefs were filed, as *amici curiae,* by *Edward J. Ennis, Osmond K. Fraenkel, Walter Gellhorn, Arthur Garfield Hays* and *Harold Evans* for the American Civil Liberties Union; *Max Radin, George Altman, Louis M. Brown* and *Clore Warne* for the National Lawyers Guild; and *Henry Epstein, Will Maslow, Shad Polier* and *Joseph B. Robison* for the American Jewish Congress, in support of the petition.

No. 804. MERTIG *v.* NEW YORK; and

No. 805. ELMHURST *v.* NEW YORK. February 10, 1947. Petition for writs of certiorari to the Supreme Court, Appellate Division, of New York, denied. *P. Bateman Ennis* for petitioners.

No. 809. BISIGNANO *v.* MUNICIPAL COURT OF THE CITY OF DES MOINES ET AL. February 10, 1947. Petition for writ of certiorari to the Supreme Court of Iowa denied. *Frank J. Comfort* and *Walter F. Maley* for petitioner. *Howard L. Bump* for respondents.

No. 812. UNITED STATES *v.* PHELPS DODGE MERCANTILE Co. February 10, 1947. Petition for writ of certio-